**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.<br><br>    Defendant. | C.A. No. 13-2058 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T SERVICES, INC.,<br><br>    Defendant. | C.A. No. 13-2061 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | C.A. No. 13-2062 (RGA) |

|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>        Defendant. | C.A. No. 13-2063 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>COX COMMUNICATIONS, INC.,<br><br>        Defendant. | C.A. No. 13-2064 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>DIRECTV LLC,<br><br>        Defendant. | C.A. No. 13-2065 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>DISH NETWORK, LLC,<br><br>        Defendant. | C.A. No. 13-2066 (RGA) |

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | C.A. No. 13-2067 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>PLAINTIFF,<br><br>V.<br><br>TIME WARNER CABLE, INC. | C.A. No. 13-2068 (RGA) |
| DRAGON INTELLECTUAL PROPERTY, LLC<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>Defendant. | C.A. No. 13-2069 (RGA) |

## **STATUS REPORT**

Pursuant to the Court's Oral Order on March 2, 2016 requesting a status report, Plaintiff Dragon Intellectual Property, LLC and Defendants Apple, Inc., AT&T Services, Inc., Charter Communications, Inc., Comcast Cable Communications, LLC, Cox Communications, Inc., DIRECTV LLC, Dish Network LLC, Sirius XM Radio, Inc., Time Warner Cable, Inc., and Verizon Communications, Inc. provide the following.

The Court ordered the parties to file a status report with the Court on March 14, 2016 to update the Court on the status of the case.  Since then the parties have made progress towards conferring on a form of Stipulation of Non-Infringement, and continue to negotiate in good faith to reach a resolution.  Those discussions are active and ongoing, and the parties believe that an additional 21-day period of stay will advance resolution of the case.

Accordingly, the parties respectfully request, subject to the Court's approval, an additional 21-day period to seek agreement on the form of a Stipulation of Non-Infringement.  If full agreements are not reached by that time between all parties, all such remaining parties will, with the Court's approval, submit their competing forms of judgment to the Court.

If the Court requires further information, the Parties are available at the Court's convenience.

Dated:  March 14, 2016

DEVLIN LAW FIRM LLC

By:  */s/ Timothy Devlin*
Timothy Devlin (#4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
Phone:  (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Dragon Intellectual Property, LLC*


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:  *Ethan H. Townsend*
Ethan H. Townsend (#5813)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
etownsend@mnat.com

*Attorneys for AT&T Services, Inc.*

MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP

By: *Karen Jacobs*
Karen Jacobs (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
kjacobs@mnat.com

*Attorneys for Defendants Charter Communications, Inc., Comcast Cable Communications, LLC, Cox Communications, Inc., Time Warner Cable Inc. and Verizon Communications Inc.*


ASHBY & GEDES

By: */s/ Andrew C. Mayo*
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Phone:  (302) 654-1888
amayo@ashby-geddes.com

*Attorneys for Defendant DirecTV, LLC*


MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP

By: *Rodger D. Smith*
Rodger D. Smith (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
smith@mnat.com

*Attorneys for DISH Network LLC*


POTTER ANDERSON & CORROON LLP

By: *Bindu A. Palapura*
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor

Wilmington, DE  19801
Phone:  (302) 984-6000
bpalapura@pottersonanderson.com

*Attorneys for Defendant Apple Inc.*


POTTER ANDERSON & CORROON LLP

By:  <u>*Jonathan A. Choa*</u>
Jonathan A. Choa (#5319)
Hercules Plaza, 6th Floor
Wilmington, DE  19801
Phone:  (302) 984-6000
jchoa@pottersonanderson.com

*Attorneys for Defendant Sirius XM
   Radio, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2016, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ Timothy Devlin
Timothy Devlin (#4241)