IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRAGON INTELLECTUAL PROPERTY LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-2068-RGA |
| TIME WARNER CABLE, INC., | : |
| Defendant. | : |

## JUDGMENT

For reasons set forth in the Stipulation and Order of Non-Infringement dated April 26, 2016 (D.I. 182);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Time Warner Cable, Inc. and against Plaintiff Dragon Intellectual Property, LLC.

_/s/ Richard G. Andrews_
United States District Judge

Dated: 4/27/2016

_/s/ Nicole M. Selmyer_
(By) Deputy Clerk